IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL B. MOTON, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:17-cv-06179 |
| | ) |
| v. | ) Hon. Judge Robert W. Gettleman |
| | ) |
| ALLY FINANCIAL INC., | ) |
| *et al.*, | ) |
| Defendants. | ) |

## AGREED ORDER

This matter came before the Court on the Agreed Motion to Transfer Venue [DE 18] filed by Defendant Ally Financial Inc. ("Ally"). Upon consideration of the Motion, and being informed of the stipulation of the parties as evidenced by the endorsement hereto by counsel of record, it is hereby **ORDERED:**

1. The Motion to Transfer Venue is GRANTED;

2. This case is TRANSFERRED to the United States District Court for the Eastern District of Michigan (Southern Division) (the "Transferee Court");

3. In light of the above agreement and the transfer of this case, this Court vacates the status hearing currently scheduled for January 10, 2018; and

4. Defendants, Ally Financial, Inc., Ally Bank, and Ally Servicing, LLC, shall have twenty-one (21) days from the date the Transferee Court acknowledges receipt of the transfer of this case to answer or otherwise respond to the First Amended Class Action Complaint.

IT IS SO ORDERED.

Entered this __5th__ day of January, 2018.

_____
United States District Judge

33523513

WE ASK FOR THIS:

/s/ James C. Vlahakis
James C. Vlahakis
Taxiarchis Hatzidimitriadis
Nathan Charles Volheim
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
Phone (630) 575-8181
jvlahakis@sulaimanlaw.com
thatz@sulaimanlaw.com
nvolheim@sulaimanlaw.com

*Counsel for Plaintiff*
*Carl B. Moton*

/s/ *Ethan G. Ostroff*
Ethan G. Ostroff, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Phone: (757) 687-7541
Fax: (757) 687-1541
Ethan.Ostroff@troutman.com

*Counsel for Defendants*
*Ally Financial Inc.,*
*Ally Bank, and*
*Ally Servicing, LLC*

33523513