UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL B. MOTON,<br><br>    Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC.,<br><br>    Defendant. | Case No. 1:17-cv-06179<br><br>Honorable Judge Robert W. Gentleman |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CARL B. MOTON, and the Defendant, ALLY FINANCIAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against ALLY FINANCIAL, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 12, 2018                                           Respectfully Submitted,

| **CARL B. MOTON** | **ALLY FINANCIAL, INC.** |
|---|---|
| /s/ James C. Vlahakis<br>James C. Vlahakis<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :(630) 575-8188<br>jvlahakis@sulaimanlaw.com | /s/ Ethan G. Ostroff (*with consent*)<br>Ethan G. Ostroff<br>*Counsel for Defendant*<br>Troutman Sanders LLP<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462<br>Phone: (757) 687-7541<br>ethan.ostroff@troutmansanders.com |